**Order entered February 11, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00014-CR

**JUSTIN LATODD CASSELBERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33754CR**

### ORDER

The reporter's record was filed on February 8, 2022. Court reporter Judith Snyder then notified the Clerk that the volume 4 of that reporter's record was filed in error. We confirmed that volume 4 of the February 8th reporter's record relates to a different defendant.

On February 10, 2022, Ms. Snyder filed a corrected volume 4 which is the reporter's record of Mr. Casselberry's December 2, 2021 pretrial hearing. In light of this, we **STRIKE** volume 4 of the February 8, 2022 reporter's record.

The appellate record appears complete, and appellant's brief is due March 11, 2022.

/s/    BILL PEDERSEN, III
JUSTICE